Jeff Grant (SBN 218974)
jgrant@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, CA 90067
Telephone: 310-598-4150
Facsimile: 310-556-9828

Attorneys for Defendant
ZYLLION INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FKA DISTRIBUTING CO., LLC, D/B/A HOMEDICS,<br><br>   Plaintiff,<br><br>   v.<br><br>ZYLLION INC.,<br><br>   Defendants. | Case No.: 8:23-CV-01942-JAK-JDE<br><br>**NOTICE OF SETTLEMENT**<br><br>**Local Rule 16-15.7** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to C.D. Cal. Local Rule 16-15.7, Plaintiff FKA Distributing Co., LLC, d/b/a Homedics and and Defendant Zyllion, Inc. (collectively, the "Parties") hereby provide notice that they have reached a settlement in principle, contingent upon execution of a written settlement agreement and performance of terms and conditions that will resolve this matter completely. The Parties expect to memorialize their agreement, perform the terms and conditions, and file a stipulation for dismissal within 30 days.

DATED:  January 22, 2024         **FOX ROTHSCHILD LLP**

                                 */s/ Jeffrey Grant*
                                 Jeffrey Grant
                                 *Attorneys for Zyllion, Inc.*

DATED:  January 22, 2024         **BROOKS KUSHMAN PC**

                                 */s/ William E. Thomson*
                                 William E. Thomson, Jr.
                                 *Attorneys for Plaintiff FKA Distributing Co., LLC, d/b/a Homedics*

**NOTICE OF SETTLEMENT**

2

154056808.1

**L.R. 5-4.3.4 Attestation**

The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

DATED: January 22, 2024        **FOX ROTHSCHILD LLP**

　　　　　　　　　　　　　　　　　*/s/ Jeffrey Grant*
　　　　　　　　　　　　　　　　Jeffrey Grant
　　　　　　　　　　　　　　　　*ATTORNEYS FOR ZYLLION, INC.*

**NOTICE OF SETTLEMENT**
3

154056808.1