William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
BROOKS KUSHMAN P.C.
445 S. Figueroa St., Suite 3100
Los Angeles, CA 90071-1635
Tel: 213-622-3003

Mark A. Cantor (*Pro Hac Vice*)
mcantor@brookskushman.com
BROOKS KUSHMAN P.C.
150 W. Second Street, Suite 400N
Royal Oak, MI 48067
(248) 358-4400

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| FKA Distributing Co., LLC, d/b/a HoMedics<br><br>Plaintiff,<br><br>v.<br><br>Zyllion Inc.<br><br>Defendant. | Case No. 8:23-cv-01942-JAK-JDE<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff, FKA Distributing Co., LLC d/b/a HoMedics and Defendant, Zyllion Inc., hereby dismiss this action with prejudice with each side to bear their own costs and attorney fees.

**IT IS SO STIPULATED.**

| | |
|---|---|
| /s/ Mark A. Cantor | /s/ Jeff Grant* |
| Mark A. Cantor (*Pro Hac Vice*) | Jeff Grant (SBN 218974) |
| mcantor@brookskushman.com | jgrant@foxrothschild.com |
| **BROOKS KUSHMAN P.C.** | **FOX ROTHSCHILD LLP** |
| 150 W. Second Street, Suite 400N | 10250 Constellation Boulevard |
| Royal Oak, MI 48067 | Suite 900 |
| (248) 358-4400 | Los Angeles, CA 90067 |
| | Tel: 310-598-4150 |
| William E. Thomson, Jr. (CA SBN 47195) | Fax: 310-556-9828 |
| **BROOKS KUSHMAN P.C.** | *Attorneys for Defendant* |
| 445 S. Figueroa Street, Suite 3100 | |
| Los Angeles, CA 90071-1635 | |
| Telephone: (213) 622-3003 | |
| wthomson@brookskushman.com | |

*Attorneys for Plaintiff*

Dated: February 19, 2024

### *L.R. 5-4.3.4 Attestation

The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: February 19, 2024        *Mark A. Cantor*
                                Mark A. Cantor
                                *Attorneys for Plaintiff*